

FILED

FEB 04 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| BOQDAN RYABYSHCHUK, individually and on behalf of all others similarly situated, | No. 12-57090 |
| | D.C. No. 3:11-cv-01236-IEG-WVG |
| Plaintiff - Appellant, | Southern District of California, San Diego |
| v. | |
| CITIBANK (SOUTH DAKOTA) N.A., AKA Citi Cards, | ORDER |
| Defendant - Appellee. | |

Pursuant to the stipulation of the parties, this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorney's fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT

By: Stephen Liacouras
Circuit Mediator

SL/Mediation